| | |
|---|---|
| **KAIRYS, RUDOVSKY, MESSING & FEINBERG LLP** | Law Offices |
| | The Cast Iron Building |
| | 718 Arch Street |
| | Suite 501 South |
| | Philadelphia, PA 19106 |
| David Rudovsky | Phone  (215) 925-4400 |
| Paul Messing | Fax      (215) 925-5365 |
| Jonathan H. Feinberg | jfeinberg@krlawphila.com |
| Susan M. Lin | |
| Ilene Kalman (1985-1996) | www.krlawphila.com |
| David Kairys | |
|    Of Counsel | |
| Tanya Alexander | |
|    Office Manager | |

*Via E-mail: magistrate_judge_carlson@pamd.uscourts.gov*
The Honorable Martin C. Carlson
Chief Magistrate Judge
Ronald Reagan Federal Building
   & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

   Re: *Stansfield v. United States*, **3:15-cv-2005**

Dear Chief Magistrate Judge Carlson:

I write pursuant to Section V of the Court's November 13, 2015 Case Management Order regarding the parties' request for the Court's assistance in conducting a settlement conference.

The parties in this matter are not yet prepared for a settlement conference. Counsel for the defendant, Mark E. Morrison, Esq., has a medical issue that has kept him away from the office. I am advised by Mr. Morrison's office that he is not expected to return to work until February 8. In light of Mr. Morrison's absence, the parties have not yet been able to schedule or conduct any depositions. Once Mr. Morrison returns to the office, the parties intend to work expeditiously to conduct depositions, after which it is expected that the parties will be able to determine whether a settlement conference will be helpful in order to resolve the case.

I believe that the parties will be prepared to advise the Court of their views on a settlement conference in approximately 60 days.

The parties therefore jointly request that the Court extend the time for seeking the Court's assistance in conducting a settlement conference.

Thank you for your attention to this request.

                Respectfully,

                Jonathan H. Feinberg

cc: Mark E. Morrison, Esq.